**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Dejuan Allen<br>    Nicole Allen<br>        Debtor(s) | Case No. 13-22998 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/31/2013.

2) The plan was confirmed on 08/28/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/10/2014.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,068.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $10,068.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,482.69 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $423.85 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,906.54

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate Medical Group | Unsecured | 528.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Med Center | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit, LLC | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| BARRINGTON ORTHOPEDIC SPECIAL | Unsecured | 362.00 | 362.10 | 362.10 | 0.00 | 0.00 |
| CCS/FIRST NATIONAL BAN | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 3,370.00 | 2,769.85 | 2,769.85 | 0.00 | 0.00 |
| City of Chicago Bureau Parking | Unsecured | 500.00 | 671.00 | 671.00 | 0.00 | 0.00 |
| Clerk of the Circuit Court | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Comcast Chicago Seconds - 1000 | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| Comcast Chicago Seconds - 1000 | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 356.00 | 988.73 | 988.73 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 2,094.26 | 2,094.26 | 0.00 | 0.00 |
| Commonwealth Edison CO | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS | Unsecured | 3,535.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 5,657.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 5,112.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 2,072.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 3,132.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 2,813.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 2,813.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 4,017.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 768.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 443.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 1,907.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 1,862.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 3,558.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 1,340.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 2,005.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 1,066.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 724.00 | 724.10 | 724.10 | 0.00 | 0.00 |
| District 54 | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| DUVERA FINANCIAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Eisenhower Jr High School | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ELAN FINANCIAL SERV | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| ELAN FINANCIAL SERVICES | Secured | NA | 300.08 | 300.08 | 0.00 | 0.00 |
| ELAN FINANCIAL SERVICES | Unsecured | NA | 67.38 | 367.46 | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 1,037.00 | NA | NA | 0.00 | 0.00 |
| First BANK OF Delaware Tribute | Unsecured | 672.00 | NA | NA | 0.00 | 0.00 |
| First National Credit Card | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD Services. INC. | Unsecured | 754.00 | NA | NA | 0.00 | 0.00 |
| Ill Dept. Employment Security | Unsecured | 615.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 107.40 | 107.40 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 994.00 | 1,138.24 | 1,138.24 | 0.00 | 0.00 |
| Illinois State TOLL HWY Author | Unsecured | 1,984.00 | NA | NA | 0.00 | 0.00 |
| Illinois State TOLL HWY Author | Unsecured | 2,054.00 | NA | NA | 0.00 | 0.00 |
| Illinois State TOLL HWY Author | Unsecured | 2,053.00 | NA | NA | 0.00 | 0.00 |
| Illinois State TOLL HWY Author | Unsecured | 1,418.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,126.89 | 1,126.89 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,209.00 | 6,034.58 | 6,034.58 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,559.00 | 1,066.71 | 1,066.71 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 770.23 | 770.23 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 1,510.05 | 1,510.05 | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| Laboratory Of Ameria Holdings | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Life Touch | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Lighthouse III | Unsecured | 471.00 | 3,904.80 | 3,904.80 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 673.00 | 630.48 | 630.48 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 762.00 | 715.64 | 715.64 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 736.00 | 691.17 | 691.17 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 724.00 | 679.61 | 679.61 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 781.00 | 780.78 | 780.78 | 0.00 | 0.00 |
| Midwest Emergency Assoc. | Unsecured | 849.00 | NA | NA | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | NA | 606.34 | 606.34 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 500.00 | 2,526.26 | 2,526.26 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 497.00 | 497.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,191.14 | 1,191.14 | 0.00 | 0.00 |
| Rosati S Pizza - Higgins RD | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| Rosati S Pizza - Streamwood | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC | Unsecured | 3,328.00 | 3,294.65 | 3,294.65 | 0.00 | 0.00 |
| SALLIE MAE INC | Unsecured | 2,849.00 | 2,804.36 | 2,804.36 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 12,650.00 | 16,093.20 | 15,475.00 | 4,252.01 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 2,825.00 | NA | 618.20 | 0.00 | 0.00 |
| Sherman Physicans | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 1,007.22 | 1,007.22 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | NA | 26,492.80 | 26,492.80 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| St. Alexius Medical Center | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit Services, Inc. | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US DEPT OF ED FEDLOAN | Unsecured | 2,680.00 | 2,626.18 | 2,626.18 | 0.00 | 0.00 |
| US DEPT OF ED SALLIE MAE | Unsecured | 1,340.00 | 28,206.32 | 28,206.32 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 3,381.00 | 30,725.45 | 30,725.45 | 0.00 | 0.00 |
| Village OF Hoffman Estates | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village OF Hoffman Estates | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village OF Hoffman Estates | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village OF Hoffman Estates | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALER SVC INC | Secured | 3,700.00 | 4,605.10 | 3,963.00 | 1,734.94 | 174.51 |
| WELLS FARGO DEALER SVC INC | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| WEST DUNDEE POLICE DEPT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WHITE HILLS CASH | Unsecured | 400.00 | 464.00 | 464.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,438.00 | $5,986.95 | $174.51 |
| All Other Secured | $300.08 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$19,738.08** | **$5,986.95** | **$174.51** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,172.82 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$7,172.82** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$121,021.18** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,906.54 |
| Disbursements to Creditors | $6,161.46 |
| **TOTAL DISBURSEMENTS** : | **$10,068.00** |

**UST Form 101-13-FR-S (09/01/2009)**

     12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/23/2015                        By:/s/ Tom Vaughn
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**